UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:

HOTI ENTERPRISES, L.P. and					Chapter 11
HOTI REALTY MANAGEMENT CO., INC.,			Case No.  10-24129 (RDD)

				Debtors.

------------------------------------------------------------ x

## APPELLANT'S DESIGNATION OF RECORD AND STATEMENT OF ISSUES

Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc., (collectively, the "Appellants"), having filed a notice of appeal under 28 U.S.C. § 158(a) to the United States District Court for the Southern District of New York from the June 19, 2012 Order Confirming The Third Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, LP and Hoti Realty Management Co., Inc. and the July 16, 2012 Order Denying Motion for Reconsideration of Order Confirming Plan of Reorganization, hereby designate the following for inclusion in the record on appeal and set forth a statement of issues to be presented on appeal, pursuant to Bankruptcy Rule 8006:

| Date | Docket No. | Document Name |
|---|---|---|
| 10/22/2010 | 10 | Motion to Authorize /Motion of GECMC 2007 C-1 Burnett Street, LLC, for an Order Excusing Compliance with Section 543 of the Bankruptcy Code or, Alternatively, Converting This Case to a Case Under Chapter 7 |
| 11/05/2010 | 24 | Motion for Relief from Stay /Motion of GECMC 2007 C-1 Burnett Street, LLC |
| 11/17/2010 | 34 | Response to Motion of GECMC 2007-C-1 Burnett Street, LLC for (1) an Order Excusing Compliance with Section 543 of the Bankruptcy Code or, Alternatively Converting the Case to a Case under Chapter 7 and (2) for Relief from the Automatic Stay or Dismissing the Chapter 11 Proceedings |

11/17/2010          35          Motion to Approve Use of Cash Collateral and to Provide Adequate Protection Therefor

11/19/2010          36          Supplemental Response to Motion of GECMC 2007-C-1 Burnett Street, LLC for (1) an Order Excusing Compliance with Section 543 of the Bankruptcy Code or, Alternatively Converting the Case to a Case under Chapter 7 and (2) for Relief from the Automatic Stay or Dismissing the Chapter 11 Proceedings

11/19/2010          37          Response to Motion /Response of GECMC 2007 C-1 Burnett Street, LLC, to Declaration of Victor Dedvukaj (A) in Opposition to Motion of GECMC 2007 C-1 Burnett Street, LLC for (1) an Order Excusing Compliance with Section 543 of the Bankruptcy Code or, Alternatively Converting the Case to a Case under Chapter 7 and (2) Relief from the Automatic Stay or Dismissing the Chapter 11 Proceedings and (B) in Support of an Order Authorizing the Debtors to Use Cash Collateral and to Provide Adequate Protection Therefor

11/19/2010          38          Affidavit of Whitney Wheeler in Further Support of the Motions of GECMC 2007 C-1 Burnett Street, LLC, for an Order (I) Excusing Compliance with Section 543 of the Bankruptcy Code or, Alternatively, Converting this Case to a Case under Chapter 7 and (II) Granting (A) Relief from the Automatic Stay or, Alternatively, (B) Dismissal of the Chapter 11 Cases

11/19/2010          39          Affidavit of Receiver, Barbara S. Odwak, in Further Support of the Motions of GECMC 2007 C-1 Burnett Street, LLC, for an Order (I) Excusing Compliance with Section 543 of the Bankruptcy Code or, Alternatively, Converting this Case to a Case under Chapter 7 and (II) Granting (A) Relief from the Automatic Stay or, Alternatively, (B) Dismissal of the Chapter 11 Cases

12/14/2010          52          Transcript regarding Hearing Held on November 22, 2010 RE: Motion for an Order Shortening Time; Limiting Notice and Scheduling a Hearing to Consider on an Expedited Basis the Motion of GECMC 2007 C-1 Burnett Street; Motion for Relief From Stay/Motion of GECMC 2007 C-1 Burnett STreet for an Order Granting Relief From the Automatic Stay or Alternatively Dismissal of the Chapter 11 Cases. Remote electronic access to the transcript is restricted until 3/14/2011.

12/22/2010          43          Stipulation and Order signed on 12/22/2010 Consenting Use of Cash Collateral and Granting Adequate Protection to GECMC 2007 C-1 Burnett Street, LLC.
01/05/2011          48          Application for FRBP 2004 Examination filed by James B. Glucksman on behalf of Hoti Realty Management Co., Inc.

01/05/2011          49          Declaration in Further Support of Relief from the Automatic Stay

01/10/2011	53	Affidavit of Receiver, Barbara S. Odwak, Esq. in Further Support of the Motion of GECMC 2007 C-1 Burnett Street, LLC for an Order Granting Relief from the Automatic Stay

01/12/2011	57	Objection to Motion / Objection of GECMC 2007 C-1 Burnett Street, LLC to Application In Support of Order Scheduling Examination Pursuant to Bankruptcy Rule 2004

01/18/2011	59	Motion to Withdraw as Attorney filed by James B. Glucksman on behalf of Rattet, Pasternak & Gordon-Oliver, LLP

01/19/2011	61	Order signed on 1/18/2011 Granting Motion for Relief from Stay for creditor, GECMC 2007 C-1 Burnett Street, LLC

02/08/2011	62	Letter Re: Substitute Counsel
02/14/2011	64	Order signed on 2/14/2011 Granting Motion to Withdraw as Attorney of Record for Rattet, Pasternak & Gordon-Oliver, LLP. (Related Doc # 59[RECAP]) (Webb, Lonnie) (Entered: 02/14/2011)

03/27/2011	75	Transcript regarding Hearing Held on 01/13/11 RE: TRANSCRIPT OF MOTION FOR RELIEF FROM STAY/MOTION OF GECMC; APPLICATION TO EMPLOY THE CARLTON GROUP.

03/27/2011	76	Transcript regarding Hearing Held on 12/20/10 RE: TRANSCRIPT OF MOTION TO APPROVE USE OF CASH COLLATERAL AND TO PROVIDE ADEQUATE PROTECTION THEREFOR.

12/15/2011	112	Motion to Approve / GECMC 2007 C-1 Burnett Street, LLC's Motion For Entry Of An Order (I) Approving The Disclosure Statement, (II) Approving Related Notice Procedures And (III) Scheduling An Expedited Hearing On Confirmation Of The Plan

12/15/2011	113	Disclosure Statement For Chapter 11 Plan Of Reorganization For Hoti Enterprises, L.P. And Hoti Realty Management Co., Inc.

12/15/2011	114	Chapter 11 Plan Of Reorganization For Hoti Enterprises, L.P. And Hoti Realty Management Co., Inc.

01/31/2012	118	Application to Employ Pick & Zabicki, LLP as Substitute Bankruptcy Counsel

02/13/2012	122	Objection to Motion to the Adequacy of the Information in the Disclosure Satement

02/23/2012          127     Transcript regarding Hearing Held on 02/15/2012 RE: TRANSCRIPT OF GECMC 2007 C-1 BURNETT STREET, LLCs MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE DISCLOSURE STATEMENT,(II) APPROVING RELATED NOTICE PROCEDURES, AND (III)SCHEDULING AN EXPEDITED HEARING ON CONFIRMATION OF THE PLAN;OBJECTION TO MOTION TO THE ADEQUACY OF THE INFORMATION IN DISCLOSURE STATEMENT.

03/07/2012          126     Motion to Approve /Relief from Stipulation and Order Governing Debtors' Use of Cash Collateral and Related Matters Pursuant to Bankruptcy Rule 9024

03/15/2012          128     First Amended Plan / First Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc.

03/15/2012          129     First Amended Disclosure Statement / First Modified Disclosure Statement for First Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc.

03/15/2012          130     First Amended Plan / [Blackline Version] First Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc.

03/15/2012          131     Amended Disclosure Statement / [Blackline Version]

03/19/2012          132     Order signed on 3/19/2012 Granting Motion to (I) Approve the First Modified Disclosure Statement, (II) Approving Related Notice Procedures and (III) Scheduling an Expedited Hearing on Confirmation of the Plan.

03/29/2012          152     Objection to Motion / Objection of GECMC 2007 C-1 Burnett Street, LLC to Debtors' Motion for Relief from Stipulation and Order Governing Debtors Use of Cash Collateral

04/03/2012          157     Reply to Motion Debtors' Reply to Objection Concerning Motion for Relief From Stipulation and Order Governing Debtors' Use of Cash Collateral and Related Matters Pursuant to Bankruptcy Rule 9024

04/12/2012          207     Transcript regarding Hearing Held on 4/5/12 RE: MOTION TO APPROVE STIPULATION AND ORDER GOVERNING DEBTORS USE OF CASH COLLATERAL AND RELATED MATTERS; OBJECTION TO GECMC 2007 C-1 BURNETT STREET TO DEBTORS MOTION FOR RELIEF FROM STIPULATION AND GOVERNING DEBTORS USE OF CASH COLLATERAL; DEBTORS REPLY TO OBJECTION CONCERNING MOTION FOR RELIEF FROM STIPULATION AND ORDER.

04/16/2012          160     Letter Debtors' Letter Brief Re: Motion for Relief From Cash Collateral Stipulation and Order Pursuant to Bankruptcy Rule 9024 (related document(s)126)

filed by Douglas J. Pick on behalf of Hoti Enterprises, LP, Hoti Realty Management Co., Inc.. (Pick, Douglas) (Entered: 04/16/2012)

04/20/2012          176     Affidavit of Victor Dedvukaj in Support of Motion (A) on Commencement of an Adversary Proceeding or, Alternatively, (B) for an Order Granting Dismissal of the Chapter 11 Cases, and (C) in Further Support to Object to the Confirmation of the Plan, filed by Victor Dedvukaj.

04/23/2012          163     Objection to Motion for confirmation of 1st Amended Disclosure Statement and Plan for Reorganization of the Debtors filed by Carl E. Person on behalf of Carl E. Person. (Person, Carl) (Entered: 04/23/2012)

04/23/2012          165     Supplemental Objection to Motion for confirmation of 1st Amended Disclosure Statement and Plan for Reorganization of the Debtors

04/23/2012          167     Debtors' Objection to Confirmation of First Modified Chapter 11 Plan Proposed By GECMC 2007 C-1 Burnett Street LLC

04/23/2012          169     Objection to Confirmation of Amended Plan

04/23/2012          170     Objection to Motion for confirmation of 1st Amended Disclosure Statement and Plan for Reorganization of the Debtors (and is not the Objections of Carl E. Person, which have been filed separately) - filed by Carl E. Person on behalf of Marash Dedvukaj, Gjelosh Dedvukaj, Maruka Dedvukaj, Violeta Dedvukaj, Victor Dedvukaj, Hoti Enterprises, LP, Hoti Realty Management Co., Inc.

04/23/2012          172     Objection / Supplemental Objection to GECMC's First Amended Disclosure Statement and Plan for Reorganization of the Debtors,

04/23/2012          177     Objection of the Debtors and Other Interested Persons to GECMC's 1st Amended Disclosure Statement and Plan for Reorganization of the Debtors, (related document(s)129) filed by Gjelosh Dedvukaj, Marash Dedvukaj, Maruka Dedvukaj, Victor Dedvukaj, Violeta Dedvukaj.

04/26/2012          179     Memorandum of Law In Further Support Of Objection To Debtors' Motion For Relief From Stipulation And Order Governing Debtors' Use Of Cash Collateral

04/30/2012          183     Motion for Adjournment by Creditor, to adjourn May 3, 2012 hearing date for confirmation of Plan and related Disclosure Statement, for reasons set forth in motion

04/30/2012          184     Motion for Adjournment of hearing on May 3, 2012 to confirm GECMC's Plan, for reasons set forth within, filed by Interested Persons Victor Dedvukaj, Violeta

Dedvukaj, Marash Dedvukaj, Gjelosh Dedvukaj and Maruka Dedvukaj (the "Partners"), and through the Partners on behalf of the two Debtors

04/30/2012      185     Second Amended Plan

04/30/2012      186     Second Amended Plan [Blackline Version]

04/30/2012      187     Declaration Of Steven Altman In Support Of Confirmation Of The Second Modified Chapter 11 Plan Of Reorganization For Hoti Enterprises, L.P. And Hoti Realty Management Co., Inc.

04/30/2012      188     Affidavit of Barbara S. Odwak, as Receiver, In Connection with Confirmation of the First Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc.

04/30/2012      189     Memorandum of Law of GECMC 2007 C-1 Burnett Street, LLCs In Support Of Confirmation Of The Second Modified Chapter 11 Plan Of Reorganization For Hoti Enterprises, L.P. And Hoti Realty Management Co., Inc.

05/01/2012      193     Statement / Notice Of Filing Of Proposed Confirmation Order
05/02/2012      194     Objection to Confirmation of Amended Plan , Creditor Carl Person's Objections to GECMC's 2nd Amended Plan for Reorganization of the Debtors

05/02/2012      195     Objection to Confirmation of Amended Plan , Objections by Debtors and Other Interested Persons to GECMC's 2nd Amended Plan for Reorganization of the Debtors

05/08/2012      197     Affidavit in Opposition to Application of Rattet Pasternak, LLP for Final Allowance of Professional Compensation & Reimbursement of Expenses, (related document(s)91, 119) filed by Victor Dedvukaj. (Webb, Lonnie) (Entered: 05/08/2012)

05/11/2012      212     Transcript regarding Hearing Held on 5/3/12 RE: CONFIRMATION HEARING (RELATED DOCUMENT(S)114); DEBTORS OBJECTION TO CONFIRMATION OF FIRST MODIFIED CHAPTER 11 PLAN PROPOSED BY GECMC 2007 C-1 BURNETT STREET, LLC (RELATED DOCUMENT(S)131); APPLICATION FOR FINAL PROFESSIONAL COMPENSATION FOR RATTET PASTERNAK, LLP, DEBTORS ATTORNEY, PERIOD: 10/12/2010 TO 2/14/2011, FEE: $130,688, EXPENSES: $4,472.52, STATEMENT (COVER SHEET RELATING TO APPLICATION FOR FINAL ALLOWANCES (RELATED DOCUMENT(S)91).

05/16/2012      210     Order signed on 5/16/2012 Denying Motion for Relief from Cash Collateral Order. (Related Doc # 126) (Webb, Lonnie) (Entered: 05/16/2012)

05/29/2012          218     Notice of Appeal (related document(s)210) filed by Gjelosh Dedvukaj, Marash Dedvukaj, Maruka Dedvukaj, Victor Dedvukaj, Violeta Dedvukaj. Appellant Designation due by 6/12/2012

06/01/2012          222     Reply to Motion (Reply to Affidavit of Victor Dedvukaj ECF Docket 197) (related document(s)91, 119) filed by James B. Glucksman on behalf of Rattet Pasternak, LLP. (Glucksman, James) (Entered: 06/01/2012)

06/11/2012          226     Transcript of hearing in Supreme Court of the State of New York, County of Kings held on 5/30/2012 before the Honorable Yvonne Lewis.

06/12/2012          227     Third Amended Plan

06/12/2012          228     Third Amended Plan [Blackline Version]

06/12/2012          229     Statement /Notice of Filing of Revised Proposed Confirmation Order

06/12/2012          230     Statement /Notice of Filing of Exhibit 1 to the Third Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc.

06/14/2012          246     Copy of DECISION dated June 13, 2012 by the Honorable Yvonne Lewis Supreme Court, County of Kings.

06/19/2012          240     Order signed on 6/19/2012 Re: Findings of Fact, Conclusions of Law and Order Confirming The Third Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, LP and Hoti Realty Management Co., Inc.

06/19/2012          243     Order signed on 6/19/2012 Re: Findings of Fact, Conclusions of Law and Order Confirming The Third Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, LP and Hoti Realty Management Co., Inc.

06/21/2012          245     Statement /Notice of Anticipated Effective Date and Deadline To File and Serve Good Faith Estimate of Compensation and Reimbursement Claims and Receiver Claims

06/26/2012          249     Designation of Contents (appellee). / GECMC 2007 C-1 Burnett Street, LLCs Designation Of Additional Items To Be Included In The Record On Appeal

06/29/2012          251     Motion to Reconsider FRCP 60 or FRBP 3008 filed by Mark A. Frankel on behalf of Hoti Enterprises, LP.

06/29/2012          253     Notice of Hearing of Motion for Reconsideration of Confirmation Order, or, in the alternative, for a stay pending appeal filed by Mark A. Frankel on behalf of Hoti Enterprises, LP.

07/02/2012          255     Statement / Notice Of Occurrence Of Effective Date Of Chapter 11 Plan And Deadline For Filing Final Applications For Allowance Of Compensation And Reimbursement Claims And Receiver Claims. [Fee Application Deadline and Receiver Application Deadline set for August 1, 2012 at 5:00 p.m. (prevailing Eastern Time)].

07/02/2012          256     Motion to Strike / Motion of GECMC 2007 C-1 Burnett Street, LLC For Entry Of An Order Striking Certain Items And Issues From Appellants Designation Of Items To Be Included In The Record On Appeal And Statement Of Issues Pursuant To Bankruptcy Rule 8006

07/05/2012          266     Objection to Motion /Objection of GECMC 2007 C-1 Burnett Street, LLC to Debtors' Motion for Reconsideration of Order Confirming Plan of Reorganization, Or In The Alternative, For A Stay Pending Appeal

07/10/2012          270     Objection to the Transfer of Funds Held by the Rerceiver in Accordance with the Chapter 11 Plan and the Confirmation Order

07/11/2012          272     Response to Objection to Motion for Reconsideration

07/11/2012          273     Declaration of Steven Altman In Support of Objection of GECMC 2007 C-1 Burnett Street, LLC to Debtors' Motion for Reconsideration of Order Confirming Plan of Reorganization, Or In The Alternative, For A Stay Pending Appeal

07/16/2012          276     Order signed on 7/16/2012 Denying Motion for Reconsideration of Order Confirming Plan of Reorganization, or in the alternative, for a Stay pending Appeal.

07/23/2012          281     Transcript regarding Hearing Held on June 14, 2012 at 11:53 AM RE: CORRECTED TRANSCRIPT re: Notice of Hearing in Support of an Order Granting Pick & Zabicki, LLP Leave to Withdraw As Counsel to The Debtors; Application to Employ Carl E. Person, Esq. as Special Litigation counsel to the Debtor; Motion of GECMC 2007 C-1 Burnett Street, LLC for Entry of an Order Fixing and Establishing Cure Amounts in Connection with the Assumption and Assignment of Unexpired Leases, etc.

07/27/2012        287     Notice of Appeal (related document(s)276, 243) filed by Mark A. Frankel on behalf of Hoti Enterprises, LP, Hoti Realty Management Co., Inc..

## STATEMENT OF ISSUES

    1.  Whether the Bankruptcy Court erred in confirming Appellee's Chapter 11 Plan.

    2.  Whether the Court erred in denying the Appellants' Reconsideration Motion.

Dated: New York, New York
       August 10, 2012

                BACKENROTH FRANKEL & KRINSKY, LLP
                Attorneys for Appellants

           By:     s/Mark A. Frankel (MF-8417)
                489 Fifth Avenue
                New York, New York 10017
                Tel: (212) 593-1100