UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

In re:

HOTI ENTERPRISES, L.P. and                                    Chapter 11
HOTI REALTY MANAGEMENT CO., INC.,                             Case No.  10-24129 (RDD)

                                 Debtors.

------------------------------------------------------------ x

### APPELLANT'S SUPPLEMENTAL DESIGNATION OF RECORD

        Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc., (collectively, the "Appellants"), having filed a notice of appeal under 28 U.S.C.  § 158(a) to the United States District Court for the Southern District of New York from the June 19, 2012 Order Confirming The Third Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, LP and Hoti Realty Management Co., Inc. and the July 16, 2012 Order Denying Motion for Reconsideration of Order Confirming Plan of Reorganization, hereby designate the following for item for inclusion in the record on appeal, in addition to the items designated by the Appellants in their Designation filed on August 11, 2012: Transcript of hearing held July 12, 2012, receipt and docketing of which is pending.

Dated: New York, New York
       August 14, 2012

                                   BACKENROTH FRANKEL & KRINSKY, LLP
                                   Attorneys for Appellants

                               By:    s/Mark A. Frankel (MF-8417)
                                   489 Fifth Avenue
                                   New York, New York 10017
                                   Tel: (212) 593-1100