UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
In re:

HOTI ENTERPRISES, L.P. and                             Chapter 11
HOTI REALTY MANAGEMENT CO., INC.,          Case No.  10-24129 (RDD)

                              Debtors.

------------------------------------------------------------ x

**APPELLANT'S SECOND SUPPLEMENTAL DESIGNATION OF RECORD**

        Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc., (collectively, the "Appellants"), having filed a notice of appeal under 28 U.S.C. § 158(a) to the United States District Court for the Southern District of New York from the June 19, 2012 Order Confirming The Third Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, LP and Hoti Realty Management Co., Inc. and the July 16, 2012 Order Denying Motion for Reconsideration of Order Confirming Plan of Reorganization, hereby designate the following for item for inclusion in the record on appeal, in addition to the items designated by the Appellants in their Designation filed on August 11, 2012 and Supplemental Designation dated August 13, 2012:

        1.      GECMC's May 14, 2012 Memorandum of Law in Opposition to Hoti's Order to Show Cause, filed in the Supreme Court of the State of New York, Kings County.

        2.      GECMC's May 14, 2012 Affirmation of Jermaine L. McPherson,  filed in the Supreme Court of the State of New York, Kings County.

Dated: New York, New York
       August 15, 2012

                                          BACKENROTH FRANKEL & KRINSKY, LLP

Attorneys for Appellants

By: s/Mark A. Frankel (MF-8417)
489 Fifth Avenue
New York, New York 10017
Tel: (212) 593-1100