UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
In re:                                                                                  **JUDGMENT**

HOTI ENTERPRISES, L.P. and HOTI REALTY                      12CV08030 (VB)
MANAGEMENT CO., INC.,                                                   12CV08757 (VB)
                      Debtors.                                        12CV08758 (VB)
----------------------------------------------------------------X   12CV08759 (VB)
HOTI ENTERPRISES, L.P. and HOTI REALTY                      13CV00235 (VB)
MANAGEMENT CO., INC.,
                      Appellants,

      -against-

GECMC 2007 C-1 BURNETT STREET, LLC,
                      Appellees.
----------------------------------------------------------------X

      Debtor-appellants Hoti Enterprises, LP and Hoti Realty Management Co., Inc., appeal from the bankruptcy court's Order confirming the Third Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, LP and Hoti Realty Management Co., Inc., dated June 19, 2012, ("Confirmation Order") (Doc#240), and subsequent Order denying Motion for Reconsideration of Order Confirming Plan of Reorganization, or in the alternative, for a Stay Pending Appeal, dated July 16, 2012 ("Reconsideration Order")(Doc#276), Debtors also appeal from four subsequent bankruptcy court orders sanctioning the debtor and its principals for violating the terms of the Confirmation Order (the "Contempt Orders"), and the matter having come before the Honorable Vincent L. Briccetti, United States District Judge, and the Court thereafter on April 26, 2013, having rendered its Memorandum Decision (Docket #19), confirming the bankruptcy court's June 19, 2012, Confirmation Order and July 16, 2012, Reconsideration Order, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision (Docket #19), dated April 26, 2013, the bankruptcy court's June 19, 2012, confirmation Order and July 16, 2012 Reconsideration Order are Affirmed, GECMC's motions to dismiss the August 10 Contempt Order, September 14 Contempt Order, and Chapter 11 Trustee Order are granted with prejudice, GECMC's motion to dismiss the December 5 Contempt Order is granted with prejudice as to the debtors and individuals Violeta Dedvukaj, Marash Dedvukaj, Gjelosh Dedvukaj, and Maruka Dedvukaj, and upon consideration of the merits of Mr. Dedvukaj's appeal from the December 5 Contempt Order, the Court Affirms the decision of the bankruptcy court; accordingly, all of the cases listed above are hereby closed.

**Dated:** White Plains, New York
April 26, 2013

Ruby Krajick - Clerk