UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
HOTI ENTERPRISES, L.P. and
HOTI REALTY MANAGEMENT CO., INC.,

                Appellants,                Case No.   12-cv-8030

    against                          Notice of Appeal

GECMC 2007-C1 BURNETT STREET, LLC

                Appellee
------------------------------------------------------------ x

      Notice is hereby given that Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc., (collectively, the "Appellants"), hereby appeal to the United States Court of Appeals for the Second Circuit from the Memorandum Decision entered on April 26, 2013 and the Judgment entered on April 30, 2013 in connection therewith, Affirming the Bankruptcy Court's June 19, 2013 Order Confirming the Third Modified Chapter 11 Plan of Reorganization For Hoti Enterprises, LP and Hoti Realty Management Co., Inc., and the Bankruptcy Court's July 16, 2012 Order Denying Motion for Reconsideration of Order Confirming Plan of Reorganization, Or In the Alternative, For A Stay Pending Appeal.

Dated:  New York, New York
         May 24, 2013

                                  BACKENROTH FRANKEL & KRINKSY, LLP
                                  Attorneys for the Appellants

                          By:    s/Mark A. Frankel
                                  489 Fifth Avenue
                                  New York, New York   10017
                                  (212) 593-1100