UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              :        Chapter 11
                                                    :
HOTI ENTERPRISES, L.P. and                          :        Lead Case No. 10-24129 (RDD)
HOTI REALTY MANAGEMENT CO., INC.,                   :
                                                    :
                            Debtors.                :
------------------------------------------------------------x
                                                    :
HOTI ENTERPRISES, L.P. and                          :
HOTI REALTY MANAGEMENT CO., INC.,                   :        U.S.D.C. Case No. 12-cv-08030-VB
                                                    :        (Second Circuit Appeal No. 13-2074)
                            Appellants,             :
                                                    :
        - against -                                 :
                                                    :
GECMC 2007 C-1 BURNETT STREET, LLC,                 :
                                                    :
                            Appellee.               :
                                                    :
------------------------------------------------------------x

## GECMC 2007 C-1 BURNETT STREET, LLC'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND COUNTER-STATEMENT OF THE ISSUES ON APPEAL

GECMC 2007 C-1 Burnett Street, LLC (the "GECMC") hereby designates, pursuant to Rule 6(b)(2)(B)(ii) of the Federal Rules of Appellate Procedure and Rule 8006 of the Federal Rules of Bankruptcy Procedure, the following additional items (including any and all exhibits attached thereto and filed therewith) to be included in the record in connection with the appeal to the United States Court of Appeals for the Second Circuit of Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc. (collectively, the "Appellants") from the Memorandum Decision, entered by the United States District Court for the Southern District of New York (the "District Court") on April 26, 2013 [Dkt. No. 12], and the Judgment, entered by the District Court on

April 30, 2013 [Dkt. No. 13], and submits the following counter-statement of the issues to be presented on appeal:

I. **DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

**Filings in U.S. District Court Case No. 7:12-cv-08030-VB**

No Additional Documents.

**Filings in U.S. Bankruptcy Court Case No. 10-24129 (RDD)**

| Date Filed / Entered | Bankruptcy Court Docket No. | Description |
|---|---|---|
| 10/22/2010 | 10 | Motion of GECMC 2007 C-1 Burnett Street, LLC for an Order Excusing Compliance with Section 543 of the Bankruptcy Code or, Alternatively, Converting this Case to a Case Under Chapter 7. |
| 11/04/2010 | 19 | Amended Exhibit H to Motion of GECMC 2007 C-1 Burnett Street, LLC for an Order Excusing Compliance with Section 543 of the Bankruptcy Code or, Alternatively, Converting this Case to a Case Under Chapter 7. |
| 11/05/2010 | 24 | Motion of GECMC 2007 C-1 Burnett Street, LLC for an Order Granting (I) Relief from the Automatic Stay or, Alternatively, (II) Dismissal of the Chapter 11 Cases. |
| 11/17/2010 | 35 | Motion of the Debtors to Approve Use of Cash Collateral and to Provide Adequate Protection Therefor. |
| 11/19/2010 | 38 | Affidavit of Whitney Wheeler in Further Support of the Motions of GECMC 2007 C-1 Burnett Street, LLC, for an Order (I) Excusing Compliance with Section 543 of the Bankruptcy Code or, Alternatively, Converting this Case to a Case under Chapter 7 and (II) Granting (A) Relief from the Automatic Stay or, Alternatively, (B) Dismissal of the Chapter 11 Cases. |
| 11/19/2010 | 39 | Affidavit of Receiver, Barbara S. Odwak, in Further Support of the Motions of GECMC 2007 C-1 Burnett Street, LLC, for an Order (I) Excusing Compliance |

|  |  |  |
|---|---|---|
|  |  | with Section 543 of the Bankruptcy Code or, Alternatively, Converting this Case to a Case under Chapter 7 and (II) Granting (A) Relief from the Automatic Stay or, Alternatively, (B) Dismissal of the Chapter 11 Cases. |
| 12/14/2010 | 52 | Transcript of Hearing Held on November 22, 2010. |
| 12/22/2010 | 43 | Stipulation and Order Consenting Use of Cash Collateral and Granting Adequate Protection to GECMC 2007 C-1 Burnett Street, LLC. |
| 01/19/2011 | 61 | Order Granting Motion for Relief from Stay for Creditor, GECMC 2007 C-1 Burnett Street, LLC. |
| 02/18/2011 | 68 | Transcript of Hearing Held on February 9, 2011. |
| 03/24/2011 | 73 | Motion of GECMC 2007 C-1 Burnett Street, LLC for an Order (A) Finding the Debtors and Victor Dedvukaj in Contempt of Court, (B) Compelling Compliance with the Cash Collateral Order, and (C) Imposing Sanctions. |
| 03/27/2011 | 75 | Transcript of Hearing Held on January 13, 2011. |
| 03/27/2011 | 76 | Transcript of Hearing Held on December 20, 2010. |
| 04/14/2011 | 84 | Order Granting Motion (A) Finding Hoti Enterprises, LP, Hoti Realty Management Co., Inc. and Victor Dedvukaj in Contempt of Court, (B) Compelling Compliance with the Cash Collateral Order, and (C) Imposing Sanctions. |
| 05/19/2011 | 90 | Transcript of Hearing Held on April 11, 2011. |
| 11/08/2011 | 110 | Order Denying in Part, Granting in Part, Motion to Remove Sanctions. |
| 12/15/2011 | 112 | GECMC 2007 C-1 Burnett Street, LLC's Motion for Entry of an Order (I) Approving the Disclosure Statement, (II) Approving Related Notice Procedures and (III) Scheduling an Expedited Hearing on Confirmation of the Plan. |
| 12/15/2011 | 113 | Disclosure Statement for Chapter 11 Plan of Reorganization for Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc. |

| | | |
|---|---|---|
| 12/15/2011 | 114 | Chapter 11 Plan of Reorganization for Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc. |
| 02/23/2012 | 127 | Transcript of Hearing Held on February 15, 2012. |
| 03/07/2012 | 126 | Motion of Debtors to Approve Relief from Stipulation and Order Governing Debtors' Use of Cash Collateral and Related Matters Pursuant to Bankruptcy Rule 9024. |
| 03/15/2012 | 128 | First Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc. |
| 03/15/2012 | 129 | First Modified Disclosure Statement for First Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc. |
| 03/19/2012 | 132 | Order Granting Motion to (I) Approve the First Modified Disclosure Statement, (II) Approving Related Notice Procedures and (III) Scheduling an Expedited Hearing on Confirmation of the Plan. |
| 03/29/2012 | 152 | Objection of GECMC 2007 C-1 Burnett Street, LLC to Debtors' Motion for Relief from Stipulation and Order Governing Debtors' Use of Cash Collateral. |
| 04/03/2012 | 157 | Debtors' Reply to Objection Concerning Motion for Relief From Stipulation and Order Governing Debtors' Use of Cash Collateral and Related Matters Pursuant to Bankruptcy Rule 9024. |
| 04/12/2012 | 207 | Transcript of Hearing Held on April 5, 2012. |
| 04/16/2012 | 160 | Debtors' Letter Brief Re: Motion for Relief from Cash Collateral Stipulation and Order Pursuant to Bankruptcy Rule 9024. |
| 04/22/2012 | 162 | Objection of Receiver to First Amended Plan. |
| 04/23/2012 | 163 | Objection of Carl Person to Confirmation of 1st Amended Disclosure Statement and Plan for Reorganization of the Debtors. |
| 04/23/2012 | 165 | Supplemental Objection of Carl Person to Confirmation of 1st Amended Disclosure Statement and Plan for Reorganization of the Debtors. |

| | | |
|---|---|---|
| 04/23/2012 | 167 | Debtors' Objection to Confirmation of First Modified Chapter 11 Plan Proposed by GECMC 2007 C-1 Burnett Street LLC. |
| 04/23/2012 | 169 | Objection of IRS Department of Treasury to Confirmation of Amended Plan. |
| 04/23/2012 | 170 | Objection to Motion for Confirmation of 1st Amended Disclosure Statement and Plan for Reorganization of the Debtors. |
| 04/23/2012 | 172 | Supplemental Objection of Carl Person to GECMC's First Amended Disclosure Statement and Plan for Reorganization of the Debtors. |
| 04/23/2012 | 177 | Objection of the Debtors and Other Interested Persons to GECMC's 1st Amended Disclosure Statement and Plan for Reorganization of the Debtors. |
| 04/26/2012 | 179 | Memorandum of Law in Further Support of Objection to Debtors' Motion for Relief from Stipulation and Order Governing Debtors' Use of Cash Collateral. |
| 04/30/2012 | 185 | Second Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc. |
| 04/30/2012 | 187 | Declaration of Steven Altman in Support of Confirmation of the Second Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc. |
| 04/30/2012 | 188 | Affidavit of Barbara S. Odwak, as Receiver, in Connection with Confirmation of the First Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc. |
| 04/30/2012 | 189 | Memorandum of Law of GECMC 2007 C-1 Burnett Street, LLC in Support of Confirmation of the Second Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc. |
| 05/02/2012 | 194 | Creditor Carl Person's Objections to GECMC's 2nd Amended Plan for Reorganization of the Debtors. |
| 05/02/2012 | 195 | Objections by Debtors and Other Interested Persons to GECMC's 2nd Amended Plan for Reorganization of |

| | | the Debtors. |
|---|---|---|
| 05/11/2012 | 212 | Transcript of Hearing Held on May 3, 2012. |
| 05/16/2012 | 210 | Order Denying Motion for Relief from Cash Collateral Order. |
| 05/30/2012 | 219 | Motion of GECMC 2007 C-1 Burnett Street, LLC for Entry of an Order Fixing and Establishing Cure Amounts in Connection with the Assumption and Assignment of Unexpired Leases. |
| 06/12/2012 | 227 | Third Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc. |
| 06/12/2012 | 230 | Notice of Filing of Exhibit 1 to the Third Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, L.P. and Hoti Realty Management Co., Inc. |
| 06/19/2012 | 241 | Order Granting Motion Fixing and Establishing Cure Amount in Connection with the Assumption and Assignment of Unexpired Leases. |
| 06/19/2012 | 243 | Order Re: Findings of Fact, Conclusions of Law and Order Confirming the Third Modified Chapter 11 Plan of Reorganization for Hoti Enterprises, LP and Hoti Realty Management Co., Inc. |
| 06/21/2012 | 245 | Notice of Anticipated Effective Date and Deadline to File and Serve Good Faith Estimate of Compensation and Reimbursement Claims and Receiver Claims. |
| 06/29/2012 | 251 | Motion of Debtors for Reconsideration of Order Confirming Plan of Reorganization, or in the Alternative, for a Stay Pending Appeal. |
| 06/29/2012 | 252 | Notice of Assumption and Assignment of Unexpired Leases. |
| 07/02/2012 | 255 | Notice of Occurrence of Effective Date of Chapter 11 Plan and Deadline for Filing Final Applications for Allowance of Compensation and Reimbursement Claims and Receiver Claims. |
| 07/05/2012 | 266 | Objection of GECMC 2007 C-1 Burnett Street, LLC to Debtors' Motion for Reconsideration of Order Confirming Plan of Reorganization, or in the |

| | | |
|---|---|---|
| | | Alternative, for a Stay Pending Appeal. |
| 07/06/2012 | 267 | Notice of Presentment of Stipulation and Order with Respect to the Transfer of Funds Held by the Receiver in Accordance with the Chapter 11 Plan and the Confirmation Order. |
| 07/11/2012 | 272 | Debtors' Response to Objection to Motion for Reconsideration. |
| 07/11/2012 | 273 | Declaration of Steven Altman in Support of Objection of GECMC 2007 C-1 Burnett Street, LLC to Debtors' Motion for Reconsideration of Order Confirming Plan of Reorganization, or in the Alternative, for a Stay Pending Appeal. |
| 07/12/2012 | 275 | Stipulation and Order with Respect to the Transfer of Funds Held by Receiver in Accordance with the Chapter 11 Plan and Confirmation Order. |
| 07/16/2012 | 276 | Order Denying Motion for Reconsideration of Order Confirming Plan of Reorganization, or in the Alternative, for a Stay Pending Appeal. |
| 07/23/2012 | 281 | Transcript of Hearing Held on June 14, 2012. |
| 09/27/2012 | 334 | Transcript of Hearing Held on July 12, 2012. |
| 12/27/2012 | 374 | Opinion and Order of U.S. District Court for the Southern District of New York, District Court Case No. 12-cv-5341 (CS). |
| 06/01/2011 | 8-1 (Claims Register) | Proof of Claim filed by GECMC 2007 C-1 Burnett Street, LLC. |
| 06/01/2011 | 9-1 (Claims Register) | Proof of Claim filed by GECMC 2007 C-1 Burnett Street, LLC. |

II.   **COUNTER-STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL**

Whether the District Court erred in affirming the following orders entered by the United States Bankruptcy Court for the Southern District of New York: (i) the Findings of Fact, Conclusions of Law, and Order Confirming the Third Modified Chapter 11 Plan of

Reorganization for Hoti Enterprises L.P. and Hoti Realty Management Co., Inc., entered on June 19, 2012, and (ii) the Order Denying Motion for Reconsideration of Order Confirming Plan of Reorganization, or in the Alternative, for a Stay Pending Appeal, entered on July 16, 2012.

### III.  RESERVATION OF RIGHTS

GECMC expressly reserves its right to amend and/or supplement this designation and counter-statement and to object, or otherwise supplement or move to strike or modify, some or all of the statement of issues and items designated by Appellants to be included in the record on appeal.

Dated:  June 21, 2013
         New York, New York

**DLA PIPER LLP (US)**

/s/     George B. South III
George B. South III
Daniel G. Egan
1251 Avenue of the Americas
New York, New York 10020-1104
Tel:  (212) 335-4500
Fax:  (212) 335-4501

*Counsel for GECMC 2007 C-1 Burnett Street, LLC*